IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES CLIFFORD BRADLEY,

    Plaintiff,

v.                                          CASE NO. 1:07-cv-00004-MP-AK

BRYANT,
MUSE,
B A ROSLER,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, recommending that this matter be transferred to the United States District Court for the Middle District of Florida.  The time for filing objections has passed and none have been filed.  Because the events underlying this case took place at Florida State Prison at Raiford, Florida, which is in the Middle District, the Court agrees that transfer is appropriate. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Clerk is directed to transfer this matter to the United States District Court for the Middle District of Florida.

    **DONE AND ORDERED** this  *29th*  day of May, 2007



                        *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge